UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| STEVEN BRAUNSTEIN,<br><br>Petitioner,<br>v.<br><br>GREGORY COX, et al.,<br><br>Respondents. | Case No. 3:13-cv-00666-MMD-WGC<br><br>ORDER |

This is a closed action involving a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner. By order filed May 23, 2014, this Court dismissed the petition as successive pursuant to 28 U.S.C. § 2244(b)(3) *et seq.* (ECF No. 9.) Petitioner then filed several motions, including a motion for reconsideration. (ECF Nos. 11, 12, 13.) On March 17, 2015, the Court denied these motions. (ECF No. 14.) On October 19, 2015, Petitioner filed a motion for late reconsideration of his motion and a motion for relief from the Court's Order denying his motion for reconsideration. (ECF Nos. 15, 16.) As the Court explained in the March 17, 2015, Order denying reconsideration, this Court properly entered judgment dismissing this action in the order filed May 23, 2014. (ECF No. 14.) The Court will therefore deny petitioner's attempt to seek reconsideration once again.

It is therefore ordered that petitioner's motion for leave to file late reconsideration petition (ECF No. 15) is denied.

It is further ordered that petitioner's motion for relief from order (ECF No. 16) is denied.

DATED THIS 28th day of September 2016.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE